IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JO'NATHAN RICARDO McGEE,<br><br>Plaintiff,<br><br>v.<br><br>TYRONE OLIVER; DESHAWN JONES; and CORRECTIONAL OFFICER THERUILUS,<br><br>Defendants. | ) | CV 126-033 |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] (Doc. no. 14.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Tyrone Oliver and Deshawn Jones, as well as any conditions of confinement claim, based on the failure to state a claim upon which relief may be granted. The case shall proceed in accordance with the Magistrate Judge's July 14, 2026 Order. (See doc. no. 12.)

SO ORDERED this 25th day of August, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]The Court exercises its discretion to consider the objections even though they were not, as is required, signed by Plaintiff. (See doc. no. 15.)